■ ALEXANDER P. BROWN, Appellant-Respondent, v. KOHLER & CAMPBELL, INC., Respondent-Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the defendant-respondent-appellant. No opinion. Concur — Breitel, J. P., Rabin, Frank, Valente and McNally, JJ.

■ In the Matter of the CITY OF NEW YORK, Respondent, Relative to Acquiring Title to Real Property Required for New York University-Bellevue Slum Clearance Project, Bounded by Second Avenue and East 33rd Street, Borough of Manhattan. SPITZER MOTOR SALES, INC., Appellant.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals granted. Settle order on notice. Concur — Peck, P. J., Breitel, Rabin and Valente, JJ. [See 3 A D 2d 1008.]

■ WILLIAM L. DU BOIS, JR., an Infant, by WILLIAM L. DU BOIS, His Guardian ad Litem, et al., Respondents, v. NATIONAL ESTATES, INC., et al., Defendants, and GEORGE KINNEY, Doing Business as ACE WATER PROOFING COMPANY, Appellant.— Motion for resettlement denied, with $10 costs. Concur — Peck, P. J., Rabin, Frank, Valente and McNally, JJ. [See 3 A D 2d 818.]

■ In the Matter of ROBERT C. WEAVER, as State Rent Administrator, against HULBERT A. DOUGLAS et al.— Motion to dismiss appeal granted, with $10 costs. Concur — Peck, P. J., Rabin, Frank, Valente and McNally, JJ.

■ WILLIAM S. PALMER v. LORETTA PALMER.— Motion to dismiss the appeal granted. Concur — Peck, P. J., Rabin, Frank, Valente and McNally, JJ.

■ SAMUEL ZIFF v. 465 WEST END REALTY CORP. et al.— Motion to dismiss appeal granted, with $10 costs. Concur — Peck, P. J., Rabin, Frank, Valente and McNally, JJ.

■ ISABELLE D'A. ELLINICOS v. GEORGE ELLINICOS.— Motion to dismiss appeal granted, with $10 costs. Concur — Peck, P. J., Rabin, Frank, Valente and McNally, JJ.

## (October 3, 1957)

■ PAUL PENRY, JR., II, an Infant, etc., v. LENOX HILL NEIGHBORHOOD ASSOCIATION, INC.— Motion to dismiss appeal granted, with $10 costs. Concur — Peck, P. J., Rabin, Frank, Valente and McNally, JJ.

■ LILLIAN COURTNEY, as Administratrix of the Estate of FRANCIS A. COURTNEY, Deceased, v. ABRO HARDWARE CORP. et al.— Motion to dismiss appeals granted, with $10 costs. Concur — Peck, P. J., Rabin, Frank, Valente and McNally, JJ.

■ JOHN HANULAK v. CITY OF NEW YORK et al.— Motion to dismiss appeal granted, with $10 costs. Concur — Peck, P. J., Rabin, Frank, Valente and McNally, JJ.

■ GALLANT FABRICS, INC., v. TANENBAUM TEXTILE CO., INC.— Motion for resettlement denied. Concur — Peck, P. J., Rabin, Frank, Valente and McNally, JJ. [See 3 A D 2d 1000.]

■ SEBASTIANE SARTORIO v. DAVID GALLER et al., and IDA GALLER, Third-Party Plaintiff. EAGLE ELECTRIC CO., Third-Party Defendant.— Motion to dismiss appeal granted, with $10 costs. Concur — Peck, P. J., Rabin, Frank, Valente and McNally, JJ.